United States Bankruptcy Court
Middle District of Georgia
Valdosta

In Re:
Curtis Lamar Douglas, Jr.
108 Sunny Trail Lane
Thomasville, GA 31792

Chapter 13

Case Number: 24-70319-JTL

## Affidavit

Now comes the standing Chapter 13 Trustee and respectfully shows the Court the following:

1.

The Trustee filed a Motion to Dismiss the above referenced case on January 03, 2025. A hearing was held on March 25, 2025 where the Trustee's Motion was conditionally denied subject to debtor making all future payments to the Trustee in a timely manner. Upon failure to strictly comply with any term thereof the Trustee should advise the Court and the case would be dismissed without further notice or hearing.

2.

The Trustee hereby states that the above referenced debtor did not make his/her full plan payment as ordered March 31, 2025.

3.

The Trustee is unable to determine whether or not the debtor is in military service .

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct .

This 6 day of June 2025.

/s/ John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users , (2) via electronic notice to ECF Filers and Consenting Users who represent parties , or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below .

Curtis Lamar Douglas, Jr.
108 Sunny Trail Lane
Thomasville,GA 31792

Woodall & Woodall

(Counsel for Debtor)

(Debtor)

This 6 day of June 2025 .

/s/ John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com